**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Robert Lapointe

v.                                                    Case Number: 4:26–cv–00332

United States of America

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Ewing Werlein, Jr

**PLACE:**
by telephone
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/12/2026

**TIME:** 02:45 PM

**TYPE OF PROCEEDING:** Initial Conference

Date: May 1, 2026

Nathan Ochsner, Clerk
by M. Flores, Deputy Clerk