## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Robert Lapointe

v.                                    Case Number: 4:26–cv–00332

United States of America

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Ewing Werlein, Jr

**PLACE:**
by telephone
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/12/2026

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date: June 10, 2026

Nathan Ochsner, Clerk
by M. Flores, Deputy Clerk